# Lowenstein Sandler
ATTORNEYS AT LAW

Gavin J. Rooney
Member of the Firm
Tel  973 597 2472
Fax  973 597 2473
grooney@lowenstein.com

May 13, 2009

*FILING VIA ECF*

Honorable Jose L. Linares, U.S.D.J.
United States District court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
Room 5054
50 Walnut Street
Newark, NJ 07101-0999

Re:   **Milliron v. T-Mobile USA, Inc.**
      **Civil Action No. 08-04149**

Dear Judge Linares:

We write jointly with Class Counsel to request that Your Honor slightly modify the schedule set forth in the February 19, 2009 Order Granting Preliminary Approval to Proposed Settlement (the "Preliminary Approval Order") to allow for additional time to complete the process of giving notice to the Class.

Pursuant to the Preliminary Approval Order, T-Mobile has been diligently mailing notice to more than 7 million current subscribers who may be eligible for relief under the terms of the settlement. Due to a glitch in the mailing process, however, approximately 178,000 current subscribers did not receive the notice that was supposed to be mailed to them with their bills. T-Mobile intends to include the requisite notice in the next bill cycle for those customers. Unfortunately, however, the individuals may not receive the notice until approximately June 15. Accordingly, the Parties jointly propose to modify the current schedule to ensure that these individuals will have a full opportunity to consider and respond to the settlement after they receive notice.

The current schedule, and the Parties' proposed schedule, both appear below:

Honorable Jose L. Linares, U.S.D.J.  May 13, 2009
Page 2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to File Declarations Attesting that Notice Program Was Completed [Preliminary Approval Order ¶ 8(c)] | June 3, 2009 | July 2, 2009 |
| Requests for Exclusion Due [Preliminary Approval Order ¶ 10] | | |
| Objections to Settlement Due [Preliminary Approval Order ¶ 12] | | |
| Report on Number of Requests for Exclusion Due [Preliminary Approval Order ¶ 10] | June 10, 2009 | July 9, 2009 |
| ETF Counsel's Fee Requests Due [Preliminary Approval Order ¶ 6] | | |
| Deadline for Class Counsel to File Materials in Support of Settlement [Preliminary Approval Order ¶ 14] | June 17, 2009 | July 17, 2009 |
| Class Counsel's Application for Attorneys' Fees and Costs Due [Preliminary Approval Order ¶ 14] | | |
| Objections to Application for Class Counsel Attorneys' Fees and Costs Due [Preliminary Approval Order ¶ 15] | June 22, 2009 | July 22, 2009 |
| Final Approval Hearing [Preliminary Approval Order ¶ 5] | June 24, 2009 | ~~On or after July 24, 2009~~ July 27, 2009 10 A.M. |

In the event that Your Honor is in agreement that the proposed changes are in order, we would respectfully request that Your Honor "So Order" this letter, and we will update the deadlines on the existing settlement website and in future notices that are printed.

Respectfully submitted,

s/ Gavin J. Rooney

17648/4
05/13/09 11687156.1

SO ORDERED:
DATED: 5/14/09

**Lowenstein Sandler**
ATTORNEYS AT LAW