Drew J. Anderssen
12313 South Cedar Avenue
Jenks, Oklahoma 74037

May 12, 2009

RECEIVED-CLERK
U.S. DISTRICT COURT

2009 MAY 18  A 11: 50

James E. Cecchi, Esq.
c/o Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068

**RE:** *Milliron v. T-Mobile USA, Inc. objection to settlement*

**To Whom It May Concern:**

Thank you for the opportunity to participate in the Class Action Settlement opportunity regarding T-Mobile. After reviewing the website (www.etf-settlement.com), I am concerned about the terms of the settlement and would like to object.

My credit has been negatively impacted due to my initial refusal to pay the $200 disconnect fee. The settlement appears to offer no remedy for such reporting to the credit bureaus. And, while I'm frustrated about the $200 fee I ultimately paid, I'm more frustrated by the impact this negative reporting has had on my impeccable credit report and associated credit scores. Additionally, the potential settlement offers only up to $125 for the $200 fee that I paid.

Please contact me at **(918) 906-0364** to discuss potential options before I submit a claim or exclude myself from the Class Action Settlement. Again, thank you for the opportunity. I look forward to speaking with you soon.

Sincerely,

Drew J. Anderssen

**CC:** Clerk of the Court, U.S. District Court for the District of New Jersey

**Drew J. Anderssen**
12313 South Cedar Avenue
Jenks, Oklahoma 74037

November 11, 2007

T-Mobile Financial
PO Box 2400
Young America, MN 55553-2400

To Whom It May Concern:

This is my third letter to T-Mobile; my first two were to customer service, and now this one to the financial division. My letters were dated August 11, 2007 and October 9, 2007, in reference to my account, #140274937.

I am extremely concerned that my credit report has been negatively impacted by a "late payment." I attempted to dispute the final bill, by mail, due to the $200 disconnect fee I was charged by your company. After being a T-Mobile customer for 7 years, I had began experiencing repeated billing and service problems; these problems ultimately caused me to cancel service and begin new service with AT&T Wireless. I never received any response to my multiple billing disputes by mail. I ignored attempts to collect because I was waiting on response to my letter. To this date, I still have not received response...yet continue to receive delinquent billing notices.

While I do not believe that I should be required to pay the final payment of $262.16, I have enclosed a check for that amount. Clearly by now, I'm not going to receive a response to my dispute. You will note by my payment history and my exemplary credit history that I do not have a long history of late payments.

Because of this extreme lack of customer service, I expect NOT to have this "delinquent payment" negatively impact my credit report. Any negative reporting will be addressed through any legal means necessary and permissible by law.

You may contact me by phone at (918) 906-0364 or by mail at my home billing address.

Sincerely,

Drew J. Anderssen

CC: Multiple Credit Reporting Companies

**Drew Anderssen**
**Beau Barbee**
12313 South Cedar Ave
Jenks, OK 74037

2194

DATE 11/11/07

86-8614/3039

PAY TO THE ORDER OF ___T Mobile Financial___ $ 262.16

___Two Hundred Sixty Two Dollars & 16/100___ DOLLARS

**RED CROWN CREDIT UNION**
5001 EAST 91ST STREET.   918-477-3200
TULSA, OK 74137
www.redcrown.org

MEMO _____

⑆303986148⑆  ⑈000195141⑈  2194

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7007 1490 0001 8652 5890

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0. |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.06 |

Postmark Here — 11/13/2007

Sent To _____
Street, Apt. No.; or PO Box No. _____
City, State, ZIP+4 _____

PS Form 3800, August 2006          See Reverse for Instructions

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not available* for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

**Drew J. Anderssen**
12313 South Cedar Avenue
Jenks, Oklahoma 74037

November 18, 2007

T-Mobile Financial
PO Box 2400
Young America, MN 55553-2400

**SECOND CORRESPONDENCE TO THIS ADDRESS**

To Whom It May Concern:

This is my fourth letter to T-Mobile; my first two were to customer service, and one prior to this one to the financial division. My letters were dated August 11, 2007 and October 9, 2007, and November 11, 2007 in reference to my account, #140274937.

I continue to receive collection calls from your collections company, BCR regarding final payment on my account, which included a $200 disconnect. As I have mentioned in my prior letter, I do not believe I am responsible for the disconnect fee due to the poor service T-Mobile provided to me in my final months as customer. As a consumer, I have the ultimate choice to "fire" a company I do business with based on their customer service. And, after 7 years of service with T-Mobile, that's exactly what I did.

As stated in my last note, I attempted to dispute the final bill with no response or resolution from T-Mobile. Last week, I "gave in" and sent final payment in full to your company, and I continue to receive collections calls. Each time, the company leaves a message (my phone strictly voicemail) asking for a return call to (866) 364-9836. When I attempt to return the call multiple times, on each occasion, I am automatically placed on hold after a recorded greeting, and then a voicemail comes on saying the mailbox is full.

Also as stated in my previous letter, I expect that my credit report not be negatively impacted by this "delinquency." This "delinquency" was due to lack of response by T-Mobile on an account that was in dispute. If I find that my credit report has been negatively impacted by T-Mobile, BCR, or it's associated companies, I will take all necessary means as afforded by local, state, and federal laws to see to it that my credit report be corrected and T-Mobile (and it's associated companies) be held responsible for false credit reporting.

I will continue to await a response from you, and fully expect that response to be "payment made in full" and "credit report not impacted negatively." You will note by my payment history and my exemplary credit history that I do not have a history of late payments with ANY company, including T-Mobile.

You may contact me by phone at (918) 906-0364 or by mail at my home billing address, as shown above.

Sincerely,

Drew J. Anderssen

Drew J. Anderssen
12313 South Cedar Avenue
Jenks, OK 74037

0710243595

Clerk of the Court
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101