July 2, 2009

<u>Certified Mail-RRR</u>
Clerk of the Court
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

<u>Certified Mail-RRR</u>
James E. Cecchi, Esq.
c/o Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068

<u>Certified Mail-RRR</u>
Christopher B. Hockett, Esq.
c/o Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, California 94025

To Whom It May Concern:

My name, address, contact phone number, and T-Mobile number are as follows: My name is Aaron Petrus; I reside at 13424 Moscow Trail, Austin, Texas 78729. For mailing purposes please send all correspondence in care of Jan Petrus at 120 Woodhaven, Ingleside, Texas 78362. My contact number is (214) 404-7791. My cancelled T-Mobile numbers were (972) 302-1332 and 972-302-3370.

I am a member of the proposed settlement class because I am a current or former T-Mobile wireless subscriber who paid or was charged a flat-rate ETF from July 23, 1999 to February 19, 2009, or my contract for service included a flat-rate ETF from July 23, 1999 to February 19, 2009.

I object to the proposed settlement. I ask that the Court disapprove the settlement in all respects. The amount of the settlement is grossly inadequate, the settlement fails to distinguish between how much each class member actually paid in ETF fees in awarding compensation, and fails to guarantee any minimums to class members. In short the proponents of this settlement have failed to sustain their burden of proof on fairness, adequacy and reasonableness. Objection is also made to the amount of attorneys' fees and expenses sought by class counsel under either a lodestar or percentage of recovery methodology.

Sincerely

Aaron Petrus

Aaron Petrus
c/o Jan Petrus
120 Woodhaven
Ingleside, TX 78362

CERTIFIED MAIL

7008 1140 0003 2646 4055

CMRRR
Clerk of the Court
U.S. District Court for the Dist. of New Jersey
50 Walnut Street
Newark, New Jersey 07101