**PINILISHALPERN, LLP**
William J. Pinilis
237 South Street
Morristown, NJ  07960
Telephone: (973) 401-1111
Facsimile:  (973) 401-1114
wpinilis@consumerfraudlawyer.com

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
scott@bursor.com

*Attorneys for Proposed Intervenors Gary Hellman, Tamara Ruiz, and Margaret Gripaldi*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW YORK NEW JERSEY**

| | |
|---|---|
| **DEBBIE MILLIRON**, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>v.<br><br>**T-MOBILE USA, INC.**,<br><br><br>                              Defendant, | Civil Action No.:  08-4149 (JLL) (ES)<br><br>**NOTICE OF MOTION FOR PAYMENT OF INCENTIVE AWARDS TO HELLMAN *ET AL.* AND FOR AWARD OF ATTORNEY'S FEES AND NONTAXABLE COSTS TO ETF COUNSEL** |

**PLEASE TAKE NOTICE** that pursuant to the Preliminary Approval Order dated February 19, 2009 (DE # 17), and the May 14, 2009 Order (DE # 41), on July 27, 2009 at 10:00 a.m., or as soon thereafter as the Court may hear their motion, proposed intervenors Gary Hellman, Tamara Ruiz, and Margaret Gripaldi will move and hereby do move before the Honorable Jose L. Linares, U.S.D.J. at the U.S. District Court, 50 Walnut Street, Newark, New Jersey, for an order awarding incentive awards to Hellman, Ruiz and Gripaldi, and awarding attorney's fees and nontaxable costs to ETF Counsel pursuant to Fed. R. Civ. P. 23(h).  In support of this motion are the Memorandum of Law and the declarations of counsel submitted herewith.  A proposed form of Order is also submitted herewith.

## PINILISHALPERN, LLP

Dated:   July 17, 2009       By: */s/ William J. Pinilis*

William J. Pinilis
237 South Street
Morristown, NJ  07960
Telephone: (973) 401-1111
Facsimile:  (973) 401-1114
wpinilis@consumerfraudlawyer.com

FARUQI & FARUQI, LLP
Nadeem Faruqi
Anthony Vozzolo
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 983-9330
Facsimile:  (212) 983-9331
nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com

David Pastor
GILMAN AND PASTOR, LLP
63 Atlantic Avenue, Third Floor
Boston, MA 02110
Tel.:  (617) 742-9700
Fax:  (617) 742-9701
dpastor@gilmanpastor.com

1

2

          LAW OFFICES OF SCOTT A. BURSOR
          Scott A. Bursor
          369 Lexington Avenue, 10th Floor
          New York, NY  10017-6531
          Telephone:  (212) 989-9113
          Facsimile:  (212) 989-9163
          scott@bursor.com

          *Attorneys for Proposed Intervenors Gary Hellman,*
          *Tamara Ruiz, Margaret Gripaldi*