IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DEBBIE MILLIRON, individually and on behalf of all others similarly situated,
Plaintiff,
v.
T-MOBILE USA, INC.,
Defendant.

CIVIL ACTION NO.
2:08-cv-04149-JLL-ES

## DANIEL PHEE'S NOTICE OF APPEAL

Notice is hereby given that Daniel Phee, a non-named member of the Plaintiff class who objected to the settlement in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Opinion and Order entered in this action on September 10, 2009, Document No. 86.

/s/ Robert E. Margulies
ROBERT E. MARGULIES, ESQ.

MARGULIES WIND
A Professional Corporation
Harborside Plaza 10
3 Second Street – Suite 1201
Jersey City, NJ 07311
201-333-0400
201-333-1110-fax

JEFFREY L. WEINSTEIN
JEFFREY L. WEINSTEIN, P.C.
Texas State Bar No. 21096450
518 East Tyler Street
Athens, TX 75751
903/677-5333
903/677-3657 – facsimile

**ATTORNEYS FOR OBJECTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electric mail by the Clerk of the Court via the CM/ECF system on September 22, 2009.

/s/ Robert E. Margulies

Notice of Appeal – Page 1