STEPHEN TSAI (ST0270)
54 Grove Street
Somerville, New Jersey 08876
Telephone: (908) 927-1000
Facsimile: (908) 927-1002

STEVE A. MILLER, P.C.
1625 Larimer Street, No. 2905
Denver, Colorado 80202
Telephone: (303) 892-9933
Facsimile: (303) 892-8925

Co-Counsel for Objectors
  THOMAS A. CARDER
  KIMBERLEY LYONS, and
  AARON MILLER

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBBIE MILLIRON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Civil Action No. 08-04149 (JLL) (ES)<br>Hon. Jose L. Linares, U.S.D.J.<br><br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Thomas A. Carder, Kimberley Lyons, and Aaron Miller, Class Members and Objectors in the above-captioned matter, by and through co-counsel, Stephen Tsai Law Offices (Stephen Tsai, appearing) and Steve A. Miller, P.C. (Steve A. Miller, Esq., appearing), hereby appeal to the United States Court of Appeals for the Third Circuit from the Opinion and

Order, which was entered on September 10, 2009, Document No. 86.

                                    Respectfully submitted,

                                    STEPHEN TSAI LAW OFFICES
                                    Co-Counsel for Objectors
                                        THOMAS A. CARDER, KIMBERLEY
                                        LYONS, and AARON MILLER

                                  By: _____/s Stephen Tsai_____

Dated: October 7, 2009                               STEPHEN TSAI

                                    STEVE A. MILLER, P.C.
                                    Co-Counsel for Objectors
                                        THOMAS A. CARDER, KIMBERLEY
                                        LYONS, and AARON MILLER

                                  By: _____/s Steve A. Miller_____

Dated: October 7, 2009                               STEVE A. MILLER

## CERTIFICATION OF SERVICE

**STEPHEN TSAI**, of full age, hereby certifies and says:

1. I am an attorney admitted to practice in the courts of the State of New Jersey. I am local New Jersey counsel for Thomas A. Carder, Kimberley Lyons, and Aaron Miller, Class Members and Objectors in the above-captioned matter, along with Steve A. Miller, Esq., of Denver, Colorado, an attorney at law of the State of Colorado. I make this Certification of Service in support of a Notice of Appeal.

2. On the date indicated below, I caused the Notice of Appeal to be tendered for electronic filing to the Clerk of the United States District Court, at the Dr. Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102.

3. On the date indicated below, I caused the above-mentioned Notice of Appeal to be tendered for service upon all counsel of record by electronic mail delivery via the CM/ECF system.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                     /s Stephen Tsai
Dated: October 7, 2009              STEPHEN TSAI