UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT
2009 OCT -9 A 9:44

Full Caption in District Court:

Debbie Milliron et al

(Plaintiff)

v.

T-Mobile U.S.A, Inc.
(Defendant)

Aaron Petrus Appellant

Docket No.: 08-4149(JLL)

Judge: Jose L. Linares

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

Notice is hereby given that ___Aaron Petrus___
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [✓] Order, [ ] Other ___Opinion and Order or any order approving___
(Specify) Settlement and/or fees. (See attached order)
of the United States District Court, District of New Jersey, entered in this action on

___Signed on 9-10-09 but entered on 9-14-09___
(Date)

Dated: 10-07-09

_____
Appellant
c/o Jan Petrus
120 Wood haven
Street

Inglesid, Tx 78362
City, State, Zip

214-404-7791
Telephone

October 8, 2009

<u>Federal Express Overnight</u>
Clerk of the Court
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

<u>Certified Mail-RRR</u>
James E. Cecchi, Esq.
c/o Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068

<u>Certified Mail-RRR</u>
Christopher B. Hockett, Esq.
c/o Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, California 94025

Clerk:

I have enclosed my Notice of Appeal regarding the matter of Docket No. 08-419- (JLL), Debbie Milliron v. T-Mobile for filing with the clerk of the court. I have previously objected to the settlement and attorneys' fees.

Sincerely,

/Aaron Petrus