UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT

DISTRICT OF NEW JERSEY

2009 OCT -9  A  9: 05

Full Caption in District Court:
DEBBIE MILLIRON, Individually, and on behalf
of all others similarly situated

(Plaintiff)

v.

T-MOBILE USA, INC.
(Defendant)

Docket No.:  08-4149 (JLL)

Judge: Jose L. Linares

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

Notice is hereby given that _____STACIE HAYES_____
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from

[  ] Judgment, [X] Order, [  ] Other __OPINION AND ORDER_____
(Specify)

of the United States District Court, District of New Jersey, entered in this action on

____September 10, 2009_____ .

(Date)

Dated: 10/6/09

_Stacie Hayes_
Appellant

__5407 Bryan St., #A208__
Street

__Dallas, Texas 75206__
City, State, Zip

__(214) 669-8955__
Telephone

**STACIE HAYES**
5407 Bryan Street, #A208
Dallas, Texas 75206
(214) 669-8955

J.S. DISTRICT COURT

2009 OCT -9  A 9: 05

October 7, 2009

**VIA CERTIFIED MAIL:**
Clerk of the Court
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

> Re:  **Civil Action No. 08-04149 (JLL) (ES);** *Debbie Milliron, Individually and on behalf of all others similarly situated vs. T-Mobile USA, Inc.;* **United States District Court for the District of New Jersey.**

Dear Clerk:

Enclosed for filing are the original and two copies of the following document:

**1. Notice of Appeal to the U.S. Court of Appeals for the Third Circuit.**

I have also attached a money order in the amount of $455.00 as the required fee for this filing.

Parties in this matter are being provided with a copy of this filing. Thank you for your courtesies.

Sincerely,

*Stacie Hayes*

Stacie Hayes

**VIA CERTIFIED MAIL:**
James E. Cecchi, Esq.
c/o Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068

**VIA CERTIFIED MAIL:**
Christopher B. Hockett, Esq.
c/o Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, California 94025