# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
PETER G. STEWART
ELLIOT M. OLSTEIN
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

RICHARD K. MATANLE, II
FRANCIS C. HAND
AVRAM S. EULE
RAYMOND W. FISHER

OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT*
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
AMANDA J. BARISICH
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J.  BUGGY
*MEMBER NY BAR ONLY
+MEMBER FL BAR ONLY

May 27, 2015

<u>VIA ECF</u>

Honorable Jose L. Linares, U.S.D.J.
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:  *Milliron v. T-Mobile USA, Inc.*.
      <u>Civil Action No. 08-4149 (JLL)</u>

Dear Judge Linares:

   We are one of the lead counsel in the above matter.  All of the claims in this matter have been processed and paid and $360,203.63 remains in the Settlement Account.

   Pursuant to Article III, Paragraph 6 of the final Stipulation and Agreement of Settlement, I am writing to recommend that the remaining funds in the Settlement Account be distributed as follows:  1) $50,000 to City Year, Inc.; 2) $100,000 to St. Jude's Children's Research Hospital; and 3) $100,000 to the leukemia and lymphoma society.  Finally, we recommend the distribution of the balance of the funds to a local high school for the establishment of a Scholarship Fund which will be utilized to assist worthy Newark students pay for a college education.  The details of this donation need to be finalized if Your Honor is in agreement with the concept.

   Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.

      Respectfully submitted,

      CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO

      /s/ James E. Cecchi

      JAMES E. CECCHI

cc:  All Counsel (via ECF)