**UNITED STATES DISTRICT COURT**
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
Newark, NJ 07101-0999
973-645-6042

May 28, 2015

James E. Cecchi
Carella, Byrne, Cecchi,
Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068

Re: *Milliron v. T-Mobile USA, Inc.*
Civil Action No. 08-4149 (JLL)

Dear Mr. Cecchi:

The Court is in receipt of your letter dated May 27, 2015, regarding the distribution of the remaining funds in the Settlement Account, and the Court agrees with the concept for distribution outlined therein. However, before final approval of the distribution, the Court would like you to provide the following:

   a) a short blurb about each charity and its purpose;

   b) a representation that no counsel involved in this case is in any way associated with any of these charities in any official capacity;

   c) the details of the proposed scholarship fund; and

   d) a proposed order so that the Court can approve said distribution.

Very truly yours,

Jose L. Linares
United States District Judge

cc: All Counsel